IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

S.S., By and her next friend,
MELISSA SENIOR MONTANO;
K.T.D.M., By his next friend, JOSSELLE DeMARCO-
CHANDLER; and F.E.G., By his next friend,
SUSIE GARCIA

        Plaintiffs,

v.                                             No. CV-09-413 LAM/GBW

THE WEST LAS VEGAS SCHOOL DISTRICT,
GEORGE CRUZ, and JANE LOPEZ, In their
individual and official capacities,

        Defendants.

## ORDER EXTENDING CERTAIN DISCOVERY DEADLINES

THIS MATTER having come before the Court upon the Defendants' Unopposed Motion to Extend Certain Discovery Deadlines (Docket No. 62), the Court having considered the pleadings and being sufficiently advised of the premises, FINDS:

1.    The parties have been unable to schedule certain depositions which are indispensable to their claims and defenses.

2.    The Defendant's motion is not intended for delay or any other improper purpose, is unopposed, and is thereby GRANTED.

3.    Discovery deadline is extended until June 11, 2010 for the limited purpose of taking depositions, and the deadline for filing discovery motions to July 2, 2010.

_____
HONORABLE GREGORY B. WORMUTH