IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

S.S., By and her next friend,
MELISSA SENIOR MONTANO, et al.,

      Plaintiffs,

v.                                             Cause No. CV-09-413 LAM/GBW

THE WEST LAS VEGAS SCHOOL
DISTRICT, et al.,

      Defendants.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (b)(3) and *Virginia Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849, 851 (10th Cir. 1990), the parties' ***Joint Motion to Approve Settlement on Behalf of Minors*** (*Doc. 77*) and any subsequently-filed motions that relate to the approval of the settlement of this case are referred to Magistrate Judge Gregory B. Wormuth to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of said motions.  Magistrate Judge Wormuth shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the Court, with copies provided to the parties.  The parties shall be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72.  Objections, if any, must be filed within fourteen (14) days after being served with a copy of the proposed disposition, or may be waived by the parties.

      IT IS SO ORDERED.

                              *Lourdes A. Martínez*
                              **THE HONORABLE LOURDES A. MARTÍNEZ**
                              **UNITED STATES MAGISTRATE JUDGE**
                              **Presiding by Consent**