IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

S.S., By and her next friend,
MELISSA SENIOR MONTANO;
K.T.D.M., by his next friend,
JOSSELLE DeMARCO-CHANDLER;
and F.E.G., by his next friend,
SUSIE GARCIA

                Plaintiffs,

v.                              Cause No. CV-09-413 LAM/GBW

THE WEST LAS VEGAS SCHOOL DISTRICT,
GEORGE CRUZ, and JANE LOPEZ, In their
individual and official capacities,

                Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge Wormuth filed his proposed *Findings of Fact and Recommended Disposition* (hereinafter, "*PF&RD*") (*Doc. 86*) under seal on July 20, 2010. At the Fairness Hearing, the parties were advised of their right to file objections to the *PF&RD* pursuant to 28 U.S.C. § 636(b)(1). *Clerk's Minutes (Doc. 83)* at 2; *PF&RD* (*Doc. 86*) at 1 n.2. In order to expedite the approval of the settlement, however, counsel agreed to waive their right to object. *Clerk's Minutes (Doc. 83)* at 2. Having reviewed the *Joint Motion to Approve*

*Settlement on Behalf of Minors* (Doc. 77) *de novo*, the Court finds the settlement fair, reasonable, and in the best interests of the children for the reasons described in Magistrate Judge Wormuth's *PF&RD* (*Doc. 86*).

**WHEREFORE, IT IS HEREBY ORDERED** that the proposed *Findings of Fact and Recommended Disposition* (*Doc. 86*) is **ADOPTED** and the parties' Joint Motion to Approve Settlement *on Behalf of Minors* (*Doc. 77*) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action be dismissed with prejudice.

**IT IS SO ORDERED.**

*/s/ Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by consent**