IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

S.S., By and her next friend,
MELISSA SENIOR MONTANO;
K.T.D.M., by his next friend,
JOSSELLE DeMARCO-CHANDLER;
and F.E.G., by his next friend,
SUSIE GARCIA

                **Plaintiffs,**

v.                                   Cause No. CV-09-413 LAM/GBW

THE WEST LAS VEGAS SCHOOL DISTRICT,
GEORGE CRUZ, and JANE LOPEZ, In their
individual and official capacities,

                **Defendants.**

# FINAL ORDER

Pursuant to the *Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition* (*Doc. 87*) entered concurrently herewith, the Court enters this Final Order under FED. R. CIV. P. 58, approving the settlement and dismissing the action with prejudice.

IT IS SO ORDERED.

*Lourdes A. Martínez*
LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE
**Presiding by consent**